IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED

JUL 10 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

WAYNE D. BROWN,
Plaintiff,

vs.

UNITED STATES OF AMERICA,
Defendant.

4:20CV-1534

Case No. _____

Demand For A Jury Trial

JUDGE PEARSON

MAG. JUDGE BURKE

## COMPLAINT

Plaintiff, Wayne D. Brown, pro-se for this cause against the defendant, hereby timely submits this complaint, and states the following:

## I. INTRODUCTION

1. This is a civil action for monetary damages against the United States of America for medical malpractice committed by it's employee, ie. Physician's Assistant (PA), Donald Cavanaugh.

(1)

## II. JURISDICTION

2. This Court has jurisdiction to hear and determine this matter under 28 U.S.C. §§ 1331, 1346, 2401, and 2671-80, coupled with violations of the Ohio State Medical Malpractice Laws.

3. Plaintiff, did timely file his administrative claim on the proper SF-95 Form mailed Certified Mail to Federal Bureau of Prisons (FBOP) Northeast Regional Counsel's Office. FBOP Northeast Regional Counsel's Office acknowledged Plaintiff's claim on December 05, 2019, issuing Claim No. TRT-NER-2020-01812. However, well over '6' months have now passed without N.E. Regional Counsel's Office denying Plaintiff's claim, and therefore Plaintiff has exhausted his administrative remedies related to this matter. SEE: 28 U.S.C. § 2675.

## III. VENUE

4. Plaintiff is incarcerated, thus resides where he is incarcerated for venue purposes as it relates to this Complaint. Therefore, venue in this Court is proper as the prison in which Plaintiff resides (FCI Elkton), is located in Columbiana County, Ohio, which is within this Court's jurisdictional boundaries and where the incident of medical malpractice occurred.

## IV. PARTIES

5. Wayne D. Brown currently resides at Federal Correctional Institution, Elkton (FCI Elkton), 8730 Scroggs Road, Lisbon, OH 44432, (330) 420-6200. Hereafter referred to as Plaintiff, or Brown.

6. PA, Donald Cavanaugh is employed by the FBOP, ie. United States of America. Hereafter referred to as Defendant, or government.

# V. STATEMENT OF FACTS

7. On November 13, 2018, while being examined by PA, Donald Cavanaugh for loss of hearing in Brown's right ear, coupled with pain and discomfort, PA Cavanaugh stated he needed to obtain a culture.

8. PA Cavanaugh then stuck a swab deep into Brown's right ear to the point of puncturing his right ear drum.

9. When PA Cavanaugh hit Brown's right ear drum with the swab, it caused extreme pain while simultaneously seeing a bright light.

10. PA Cavanaugh at this time stated, "Oh, did that hurt?".

11. Brown being in pain because of PA Cavanaugh's puncturing of his right ear drum, Brown requested PA Cavanaugh for something for the pain.

12. PA Cavanaugh refused to dispense, or prescribe any sort of pain medication and told Brown that his

ear will stop hurting in a day or two.

13. On March 12, 2019, Brown was examined by FCI Elkton, Dr. Kathy McNutt for an annual physical.

14. During the annual examination, PA Debra Giannone noticed the hole in Brown's right ear drum and inquired what happened.

15. Brown explained that PA Cavanaugh punctured it gathering a culture.

16. Dr. McNutt concurred with PA Giannone's observation of the hole in Brown's right ear drum.

17. On March 28, 2019, Brown was examined by Fifth Avenue Otolaryngologists.

18. The Otolaryngologist noticed the punctured ear drum and inquired how it happened. Brown then explained the incident of PA Cavanaugh puncturing his right ear drum.

19. The Otolaryngologist stated Brown's right ear drum had been perforated by PA Cavanaugh and if Brown hadn't waited so long, the Otolaryngologist possibly could have repaired it.

20. Brown continues to suffer hearing loss, slight ringing in his right ear, along with vertigo from time to time which causes nausea sometimes.

## FIRST CAUSE OF ACTION

21. PA Cavanaugh's malpractice by puncturing Brown's ear drum has caused Brown pain and suffering.

22. PA Cavanaugh's malpractice by puncturing Brown's ear drum has caused permanent hearing loss in his right ear.

23. PA Cavanaugh's malpractice by puncturing Brown's ear drum does cause ringing in his ear, vertigo, and nausea from time to time.

## Second Cause Of Action

24. PA Cavanaugh refused to provide adequate medical care in failing to dispense or prescribe pain medication to Brown after he punctured his right ear drum.

25. PA Cavanaugh failed and refused to immediately schedule an appointment with the Otolaryngdogist in order to repair the ear drum in which PA Cavanaugh punctured.

## Demand For A Jury Trial

Brown respectfully request a jury trial of all claims that can be tried.

(7)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

A. A declaratory judgment and decree that Defendant's actions did constitute as medical malpractice.

B. An award of damages against the Defendant in the amount of $ 75,000.00

C. A judgment against the Defendant for all cost associated with the filing of this civil action.

Date: July 04, 2020

Respectfully Submitted,

Wayne D. Brown

Wayne D. Brown # 15808-028
Plaintiff / pro-se

(8)